**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>        Plaintiff,<br><br>v.<br><br>OMAR SOW, an individual,<br><br>        Defendant. | Case No. CV 21-1377-DMG (RAOx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [46]** |
| OMAR SOW,<br><br>        Counter-Complainant,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY, an Ohio corporation, and DOES 1-5,<br><br>        Counter-Defendants. | |

1  Having considered the parties' stipulation and GOOD CAUSE
2  APPEARING THEREFOR, IT IS HEREBY ORDERED that the Complaint [ECF
3  1] filed February 16, 2021 and the Amended Counterclaim (captioned "Counter-
4  defendant Omar Sow's First Amended Counter Complaint") [ECF 38] filed July
5  10, 2022, are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P.
6  41(a)(2) and 41(c), with each Party bearing its / his own attorney's fees and costs.
7  All scheduled dates and deadlines are VACATED.

DATED: September 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE